UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:

THOMAS KEVIN ELLIS                          CASE NO. 20-10785
2300 LEEDS AVE.                             JUDGE BENJAMIN A. KAHN
HIGH POINT, NC  27265

    DEBTOR

SSN(1) XXX-XX-1933                          DATE:  04/29/2021

---

## REPORT OF FILED CLAIMS

    Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection.  After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| ACCLAIM FEDERAL CREDIT UNION<br>1825 BANK ST<br>GREENSBORO, NC  27407 | $0.00<br>INT:  .00%<br>NAME ID:  152867<br>CLAIM #:  0005 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| ACCLAIM FEDERAL CREDIT UNION<br>1825 BANK ST<br>GREENSBORO, NC  27407 | $0.00<br>INT:  .00%<br>NAME ID:  152867<br>CLAIM #:  0006 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| AFNI INC<br>% BECKET & LEE LLP<br>P O BOX 3001<br>MALVERN, PA  19355-0701 | $3,621.37<br>INT:  .00%<br>NAME ID:  183992<br>CLAIM #:  0016 | (U) UNSECURED<br><br>ACCT: 3140<br>COMMENT:  STATE FARM BANK |
| BARCLAYS BANK DELAWARE<br>P O BOX 8803<br>WILMINGTON, DE  19899 | $0.00<br>INT:  .00%<br>NAME ID:  124669<br>CLAIM #:  0007 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| BRIDGECREST CREDIT COMPANY LLC<br>P O BOX 29018<br>PHOENIX, AZ  85038-9018 | $2,598.30<br>INT:  5.25%<br>NAME ID:  159564<br>CLAIM #:  0004 | (V) VEHICLE-SECURED<br><br>ACCT: 7701<br>COMMENT: 13KIA |
| CARDINAL APARTMENTS<br>6400 OLD OAK RIDGE RD<br>GREENSBORO, NC  27410 | $0.00<br>INT:  .00%<br>NAME ID:  1517<br>CLAIM #:  0008 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| CLOISTERS & FOXFIRE APARTMENTS<br>2609 SUFFOLK AVE<br>HIGH POINT, NC  27265 | $0.00<br>INT:  .00%<br>NAME ID:  183455<br>CLAIM #:  0009 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| E RECOVERY SOLUTIONS<br>1650 CAMBRIA ST NE<br>CHRISTIANSBURG, VA  24073 | $0.00<br>INT:  .00%<br>NAME ID:  126939<br>CLAIM #:  0011 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |

PAGE 2  -  CHAPTER 13 CASE NO. 20-10785

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| FIRST NATIONAL BANK OF OMAHA<br>P O BOX 3696<br>OMAHA, NE  68103-0696 | $0.00<br>INT: .00%<br>NAME ID: 157931<br>CLAIM #: 0012 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| FIRST PREMIER BANK<br>3820 N LOUISE AVENUE<br>SIOUX FALLS, SD  57107-0145 | $0.00<br>INT: .00%<br>NAME ID: 70362<br>CLAIM #: 0013 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| GUILFORD COUNTY TAX DEPT<br>400 W MARKET ST<br>GREENSBORO, NC  27401 | $0.00<br>INT: .00%<br>NAME ID: 159804<br>CLAIM #: 0001 | (P) PRIORITY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>PHILADELPHIA, PA  19101-7346 | $0.00<br>INT: .00%<br>NAME ID: 123770<br>CLAIM #: 0002 | (P) PRIORITY<br>NOT FILED<br>ACCT: 1933<br>COMMENT: |
| JPMCB CARD SERVICE<br>301 N WALNUT ST FLOOR 09<br>WILMINGTON, DE  19801 | $0.00<br>INT: .00%<br>NAME ID: 177597<br>CLAIM #: 0014 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| LTD ACQUISITIONS LLC<br>3200 WILCREST DR STE 600<br>HOUSTON, TX  77042 | $431.95<br>INT: .00%<br>NAME ID: 182372<br>CLAIM #: 0019 | (U) UNSECURED<br><br>ACCT: 3583<br>COMMENT:  BANK OF MOSSOURI |
| MIDLAND CREDIT MANAGEMENT INC<br>P O BOX 2037<br>WARREN, MI  48090 | $732.16<br>INT: .00%<br>NAME ID: 177774<br>CLAIM #: 0010 | (U) UNSECURED<br><br>ACCT: 5997<br>COMMENT:  CREDIT ONE BANK |
| MONTGOMERY WARD<br>% CREDITORS BANKRUPTCY SERVICE<br>P O BOX 800849<br>DALLAS, TX  75380 | $237.89<br>INT: .00%<br>NAME ID: 151087<br>CLAIM #: 0015 | (U) UNSECURED<br><br>ACCT: 9290<br>COMMENT: |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $2,629.06<br>INT: .00%<br>NAME ID: 9699<br>CLAIM #: 0003 | (P) PRIORITY<br><br>ACCT: 18TX<br>COMMENT: OC |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $3,511.24<br>INT: .00%<br>NAME ID: 9699<br>CLAIM #: 0021 | (U) UNSECURED<br><br>ACCT: 18TX<br>COMMENT: |
| SPECTRUM<br>101 INNOVATION AVE STE 100<br>MORRISVILLE, NC  27560 | $0.00<br>INT: .00%<br>NAME ID: 173298<br>CLAIM #: 0020 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| SYNCHRONY BANK/ WALMART<br>P O BOX 965060<br>ORLANDO, FL  32896-5060 | $0.00<br>INT: .00%<br>NAME ID: 157603<br>CLAIM #: 0017 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |

PAGE 3  -  CHAPTER 13 CASE NO. 20-10785

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| TBOM-MILESTONE | $0.00 | (U) UNSECURED |
| 216 W 2NDS ST | INT: .00% | NOT FILED |
| DIXON, MO  65459 | NAME ID:  175146 | ACCT: |
|  | CLAIM #:  0018 | COMMENT: |

| **TOTAL:** | **$13,761.97** | |

| JOHN T ORCUTT ESQ | $4,500.00 | ATTORNEY FEE |
| 6616-203 SIX FORKS ROAD | | |
| RALEIGH, NC  27615 | | |

ANITA JO KINLAW TROXLER,
TRUSTEE
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

PAGE 4 - CHAPTER 13 CASE NO. 20-10785

NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office.  The claims are allowed unless objection is made by the Debtor or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

> Clerk, U.S. Bankruptcy Court
> 101 S. Edgeworth Street
> P.O. Box 26100
> Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court.  The Trustee will continue making disbursements on the claims unless an objection is filed.

Date:  04/29/2021

OFFICE OF THE CHAPTER 13 TRUSTEE

By:  /s/  Gayle McFarland
Clerk
Chapter 13 Office
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

cc: Debtor
Attorney for Debtor - Electronic Notice